**Entered on Docket
February 11, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(949) 477-5050; Fax: (949) 477-9200
rwright@wrightlegal.net

WRIGHT, FINLAY & ZAK, LLP
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Secured Creditor,
Select Portfolio Servicing, Inc.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 11-10996-LBR <br> Chapter: 13 |
| JOHNATHAN EDWARDS | |
| Debtor. | **EX-PARTE ORDER RE: EX PARTE APPLICATION FOR AN ORDER CONFIRMING THERE IS NO AUTOMATIC STAY IN EFFECT OR IN THE ALTERNATIVE RELIEF FROM STAY PURSUANT TO BANKRUPTCY CODE SECTIONS 362(C)(4)(A) AND 362(j)** |

Upon the Ex Parte Application of the above-named Secured Creditor for an Order Confirming there is no Automatic Stay in Effect or in the Alternative Relief from Stay Pursuant

1 to Bankruptcy Code Sections 362(c)(4)(A) and 362 (j); that the instant bankruptcy case
2 represents the third case filed by and pending for the above-referenced Debtor in a period of less
3 than one year, wherein the prior filing was dismissed, and upon request of Secured Creditor, it is
4 hereby ordered as follows:

**IT IS HEREBY ORDERED** that the automatic stay was never in place and is hereby terminated as of the filing date of the petition for relief by the Debtor on January 25, 2011.

**IT IS SO ORDERED.**

DATED this ____ day of February, 2011.

WRIGHT, FINLAY & ZAK, LLP

__/s/ Donna M. Osborn, Esq._____
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Secured Creditor,*
*Select Portfolio Servicing, Inc.*

APPROVED/DISAPPROVED:

___*No Response*_____
Kathleen A. Leavitt, Trustee

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposal order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below

\_\_X\_\_   I certify that this is a case under Chapter 7 or Chapter 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: Kathleen A. Leavitt, Trustee
\_\_*No Response*_____.

          \_\_/s/ Erica Baker_____
          An employee of Wright. Finlay & Zak, LLP